**Kevin H. HUDSON, an individual, Plaintiff–Appellant,**

v.

**INTERNATIONAL COMPUTER NE-GOTIATIONS, INC., a Florida corporation, Defendant–Appellee.**

No. 05–16738
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

April 28, 2006.

Andre S. Wooten, Esq., Honolulu, HI, for Plaintiff–Appellant.

---

Richard Rand, Esq., Honolulu, HI, for Defendants–Appellees.

John M. Cregor, Jr., Esq., Office of the Hawaii Attorney General, Honolulu, HI, for Defendant.

Before MARCUS, WILSON and HILL, Circuit Judges.

PER CURIAM:

Appellant-plaintiff Kevin H. Hudson (Hudson) appeals the district court's grant of summary judgment in favor of International Computer Negotiations, Inc. (ICN) and against Hudson's claims arising under the Employee Retirement and Income Security Act, 29 U.S.C. § 1001, *et seq.* (ERISA), the Florida Civil Rights Act, Fl. Stat. § 760, *et seq.* (FCRA), as well as a state law claim for negligent misrepresentation. After carefully reviewing the record on appeal and reading the parties' briefs, we affirm this appeal for the reasons stated in the district court's thorough and well-reasoned order dated November 16, 2005, finding that Hudson's "utter inability to support his claims" made them "little more than frivolous."

AFFIRMED.